# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOAN I. KING  
      105 RIDGEVIEW COURT     SSN-xxx-xx-4644  
      FREEPORT, IL  61032

Case Number: 07-73070

Case filed on: 12/18/2007  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $364.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOAN I. KING | 0.00 | 0.00 | 364.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 364.00 | 0.00 |
| 001 | CAPITAL ONE | 974.37 | 9.74 | 0.00 | 0.00 |
| 002 | DIRECT MERCHANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | JUNIPER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,914.89 | 19.15 | 0.00 | 0.00 |
| 005 | SUSAN TROIANO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 298.87 | 2.99 | 0.00 | 0.00 |
|  | Total Unsecured | 3,188.13 | 31.88 | 0.00 | 0.00 |
|  | Grand Total: | 3,188.13 | 31.88 | 364.00 | 0.00 |

Total Paid Claimant:  $364.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  06/25/2008      By  /s/Heather M. Fagan